# EXHIBIT 1 –
# Settlement Statement for C.L. Jane Doe



3005 W. Horizon Ridge Pkwy, # 241
Henderson, Nevada 89052

Telephone: 702.383.2864

Facsimile: 702.383.0065

www.lagomarsinolaw.com

## SETTLEMENT STATEMENT FOR C.L. JANE DOE

**AMOUNT RECOVERED:** ..................................................................................$15,000.00

**ATTORNEY FEES** *(40%)*: ...............................................................................($6,000.00)

**ADVANCED COSTS:** ........................................................................................($523.24)

| DATE | VENDOR | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 5/15/2023 | First Legal | Service of Process | $68.93 |
| 5/15/2023 | First Legal | Service of Process | $103.68 |
| 5/15/2023 | First Legal | Service of Process | $68.93 |
| 7/31/2023 | Odyssey | Filing Fees | $270.00 |
| 7/31/2023 | Lagomarsino Law | 7 Color Prints at $1.00 per page | $7.00 |
| 7/31/2023 | Lagomarsino Law | 42 Black & White Prints at $.10 per page | $4.20 |
| 7/31/2023 | Lagomarsino Law | 5 Scans at $.10 per page | $0.50 |

**AMOUNT PAID TO CLIENT:** ..........................................................................$8,476.76

Page 1 of 1