CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
MELISSA ALESSI, ESQ.
Nevada Bar No. 9493
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
Facsimile: (702) 799-7243
alessm1@nv.ccsd.net
Attorneys for Defendants Rabia Khan and
   Clark County School District

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA
**\*\*\*\*\*\*\*\*\***

| | |
|---|---|
| JANE DOE, a minor, by and through her natural parent and legal guardian, GRACE DOE, <br><br> Plaintiffs, <br><br> v. <br><br> RABIA KHAN, an individual; and CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada. <br><br> Defendants. | CASE NO. 2:23-cv-00922-CDS-DJA |

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiff Grace Doe, as natural parent and legal guardian of Jane Doe, a minor ("Plaintiff"), by and through her counsel of record, Attorney, Esq. of Firm, and Defendant Rabia Khan and Clark County School District (collectively, "Defendants"), by and through its counsel of record, Melissa L. Alessi, Esq., of the Clark County School District, Office of General Counsel, that the Complaint filed by

*Doe v. Khan, CCSD*
2:23-cv-00922

Plaintiff and each and every cause of action alleged therein, be dismissed WITH

PREJUDICE as to Defendants, all parties to bear their own attorneys' fees and costs.

Dated this 2 day of ~~September~~ *November*, 2023.    Dated this 1st day of September, 2023.

LAGOMARSINO LAW                          CLARK COUNTY SCHOOL DISTRICT
                                         OFFICE OF THE GENERAL COUNSEL

_____          _____
Cory Ford, Esq.                          Melissa L. Alessi, Esq.
Nevada Bar No. 15042                     Nevada Bar No. 9493
3005 W. Horizon Ridge Pkwy, Ste. 241     5100 W. Sahara Ave.
Henderson, NV 89052                      Las Vegas, NV  89146
Attorneys for Plaintiff                  Attorneys for Defendants Rabia Khan
                                              and Clark County School District

///
///
///
///
///
///
///
///
///
///
///
///

1

*Doe v. Khan, CCSD*
2:23-cv-00922

2

3                    <u>ORDER FOR DISMISSAL WITH PREJUDICE</u>

4          Based upon the above stipulation of the parties, and good cause appearing:

5          IT IS HEREBY ORDERED that Defendants Rabia Khan and Clark County

6    School District is dismissed from the above-entitled action WITH PREJUDICE; and

7          IT IS FURTHER ORDERED that all parties are to bear their own attorneys'

8    fees and costs; and

9          The Clerk of Court is directed to CLOSE THIS CASE.

10

11

12                                    _____
                                      U.S. District Judge

13                                    Dated: November 3, 2023

14

15   *Prepared and submitted by:*

16   CLARK COUNTY SCHOOL DISTRICT
     OFFICE OF THE GENERAL COUNSEL

17

18   _____

19   Melissa L. Alessi, Esq., Nevada Bar No. 9493
     5100 W. Sahara Ave.

20   Las Vegas, NV  89146
     Attorneys for Defendants Rabia Khan and

21          Clark County School District

22

23

24

Page 3 of 3