**PROF**
LAGOMARSINO LAW
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
3005 W. Horizon Ridge Pkwy, #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
*Attorneys for Plaintiff C.L. Jane Doe*

# UNITED STATEES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| C.L. JANE DOE, a minor, by and through her natural parent and legal guardian, A.T. GRACE DOE,<br><br>Plaintiffs,<br><br>v.<br><br>RABIA KHAN, an individual; and CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada.<br><br>Defendants. | CASE NO.: 2:23-CV-00922-CDS-DJA<br><br>**PROOF OF ESTABLISHMENT OF BLOCKED ACCOUNT** |

C.L. JANE DOE, a minor child, by her parent and legal guardian, A.T. GRACE DOE, by and through their undersigned attorneys, hereby submits the following documents, pursuant to the Court's Order, dated October 23, 2023: (1) Bank of America Account Summary Information Sheet, and (2) Customer Receipt. **Ex. 1.** These documents reflect that a blocked trust account has been established and the Plaintiff has shown compliance with the Court's Order.

DATED this 4th day of December, 2023.

LAGOMARSINO LAW

/s/ Cory Ford

ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
3005 W. Horizon Ridge Pkwy, #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
*Attorneys for Plaintiff C.L. Jane Doe*

Page 1 of 1

# EXHIBIT 1



**BANK OF AMERICA**

BANK OF AMERICA, N.A. (THE "BANK")

**Account Summary Information /
Información de Resumen de Cuenta**

Thank you for allowing us to assist you with your banking needs. Here is a summary of the accounts and services we set up for you or which you applied for today. If any of this information is incorrect, please let us know. We appreciate the opportunity to serve you.

Gracias por permitirnos ayudarle con sus necesidades bancarias. Este es un resumen de las cuentas y los servicios que configuramos para usted o que usted solicitó hoy. Si alguna información es incorrecta, infórmenos. Le agradecemos la oportunidad de servirle.

REDACTED

SAVINGS ACCOUNT                              Advantage Savings
    Account Number                      REDACTED
    ACH Routing Number                  REDACTED
    Title on Account                    CRT REST ACCT FOR REDACTED
                                        REDACTED GDN
                                        COURT ORDER WITHDRAWALS ONLY

    Address                             REDACTED

                                        REDACTED

---

**Bank Information**

| | |
|---|---|
| Date | 11/22/2023 |
| Banking Center Name | HORIZON RIDGE / EASTERN |
| Associate's Name | JAMIE LAUREL |
| Associate's Phone Number | 702-830-7561 |

00-14-9082M  02-2022                                                           Page 1
NNV

**BANK OF AMERICA**      Client Receipt

Thank you for banking with us today.

To help protect you and us from losses if a check(s) is returned unpaid, all deposits are subject to a hold review at any time. It's important you know that deposit holds can result in a reduction of your available balance. For more information, please refer to your Deposit Agreement & Disclosures at bankofamerica.com/deposits/resources/deposit-agreements.go.deposit.

Please save this receipt until you see the transaction completed on your statement. Transactions are credited subject to verification, collection, and the terms of your account. Keep in mind, transactions made in a financial center on non-business days (Saturday, Sunday, and bank holidays) aren't processed until the next business day we're open.

Visit bankofamerica.com to learn more about how you can receive money fast through electronic payment methods like direct deposit, Zelle®, ACH, and wires.

Zelle® and the Zelle related marks are wholly owned by Early Warning Services, LLC and used herein under license. Terms and conditions apply.

Acct#: REDACTED

Total Deposit To SAV     $8,476.74
Credit Pending Posts on    11/27/2023
Available Now      $0.00

Teller: 30327119287/98774/0321

Member FDIC
95-14-2005B  02-2023